# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ATLANTIC GREEN SEA TURTLE,**
**LEATHERBACK SEA TURTLE,**
**LOGGERHEAD TURTLE,**
**KEMP'S RIDLEY SEA TURTLE,**
**PIPING PLOVER,**
**SHIRLEY A. REYNOLDS,**
**ROBERT H. GODWIN,**

        **Plaintiffs,**

-vs-                                            Case No. 6:04-cv-1576-Orl-31KRS

**COUNTY COUNCIL OF VOLUSIA**
**COUNTY FLORIDA,**
**UNITED STATES FISH AND WILDLIFE**
**SERVICE, STEVEN A. WILLIAMS,**
**UNITED STATES DEPARTMENT OF**
**THE INTERIOR, GALE A. NORTON,**

        **Defendants.**

## ORDER

Pursuant to the Order of the Eleventh Circuit (Doc. No. 80) issued on January 18, 2006 it is

**ORDERED** that the Clerk is directed to reopen the case. The case is **DISMISSED** as moot and the Clerk is directed to re-close the case.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 24, 2006.

                                        GREGORY A. PRESNELL
                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party